UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JUANITA RIVERA,

                           Plaintiff,

  -against-

COMMISSIONER OF SOCIAL SECURITY,

                           Defendant.
-----------------------------------------------------------------X

JUDGMENT
09-CV- 3156 (ARR)

        An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on January 13, 2010, reversing and remanding the Commissioner's final decision dated May 12, 2008, for further administrative proceedings, including but not limited to further development and updating of the record (including with regard to plaintiff's alleged psychiatric impairment), a supplemental hearing, and the issuance of a new decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g), which is made applicable to claims for Supplemental Security Income ("SSI") by 42 U.S.C. § 1383(c)(3); it is

        ORDERED and ADJUDGED that pursuant to the fourth sentence of 42 U.S.C. § 405(g), which is made applicable to claims for Supplemental Security Income ("SSI") by 42 U.S.C. § 1383(c)(3), the Commissioner's final decision dated May 12, 2008, is reversed and remanded for further administrative proceedings, including but not limited to, further development and updating of the record (including with regard to plaintiff's alleged psychiatric impairment), a supplemental hearing, and the issuance of a new decision.

Dated: Brooklyn, New York
       January 14, 2010

                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court